**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>DOUGLAS DEAN MCDONALD,<br><br>Defendant. | CR-24-69-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 27, 2026. (Doc. 59.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on August 26, 2026. (Doc. 58.) The United States accused Douglas Dean McDonald (McDonald) of violating the conditions of his supervised release by: (1) testing positive for

methamphetamine, marijuana and fentanyl on April 15, 2026; (2) having possession of a dangerous weapon, a machete, on April 15, 2026 without the permission of his probation officer; (3) being charged by Blackfoot Law Enforcement with the misdemeanor offense of Criminal Possession of Drug Paraphernalia, in violation of Blackfoot Tribal code, Chapter 5, Part V, Section 8, on April 15, 2026; and by: (4) failing to comply with substance abuse testing requirements on July 28, 2026; (5) failing to attend individual or group substance abuse treatment sessions since July 28, 2026; (6) using fentanyl during July of 2026; (7) failing to comply with substance abuse testing requirements on August 10, 2026; and (8) failing to report to the Browning probation office on August 11, 2026. . (Docs. 45 and 54.)

At the revocation hearings McDonald admitted that he had violated the conditions of supervised release 1, 4, 5 and 7 as set forth in the Petition. The government moved to dismiss violations 3 and 6 which Judge Johnston granted. McDonald was advised of his right to appeal and his right to allocute before the undersigned. (Docs. 48 and 58.)

Judge Johnston recommended that McDonald be sentenced to custody of 4 months with 32 months of supervised release to follow. (Doc. 59.)

The violations McDonald admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 59) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Douglas Dean McDonald be sentenced to a terms of custody 4 months with 32 months of supervised release to follow.

DATED this 15th day of September 2026.

Brian Morris, Chief District Judge
United States District Courts